**Motion Granted; Order filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00083-CV
_____

**JAMES CONSTRUCTION GROUP, LLC, PRIMORIS SERVICES CORPORATION, Appellants**

**V.**

**WESTLAKE CHEMICAL CORPORATION, Appellee**

___

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-72717**

___

## ORDER

James Construction Group, LLC and Primoris Services Corporation filed a notice of appeal from the trial court's final judgment signed October 31, 2017. Westlake Chemical Corporation also filed a notice of appeal from the same judgment. The complete record was filed May 17, 2018. The parties filed an agreed motion for a briefing schedule. On May 24, 2018, the parties' motion was granted and a briefing schedule was issued. On June 14, 2018, we granted a motion to extend

time to file the opening brief of James Construction and Primrose Services. On July 2, 2018, the parties filed a joint motion requesting adjustment to the briefing schedule to accommodate the extended deadline. The motion is granted. Accordingly, we order the following:

- James Construction's and Primoris Services' joint opening brief is due July 18, 2018;

- Westlake Chemical's combined appellee's brief and cross-appellant's brief shall be due 30 days after James Construction's and Primoris Services' joint opening brief is filed;

- James Construction's and Primoris Services' combined appellants' reply brief and cross-appellees' response brief shall be due 30 days after Westlake Chemical's combined appellee's brief and cross-appellant's brief is filed;

- Westlake Chemical's cross-appellant's reply brief shall be due 30 days after James Construction's and Primoris Services' combined appellants' reply brief and cross-appellees' response brief is filed.

The aggregate briefing for each side shall not exceed 27,000 words.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.